**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOHN BIANCHI<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**B & G Machine Inc.,** a Washington Corporation. Dba H-E Parts International: Engine Solutions,<br><br>　　　　　Defendant. | NO. 2:18-cv-01049<br><br>**DEMAND FOR JURY TRIAL**<br>(FRCP 38) |

Plaintiff demands a trial by jury on all issues so triable.

**Dated: July 18, 2018**

　　　　　　　　　　　　　　　　　　Mercer Island Law Group, PLLC

　　　　　　　　　　　　　　　　　　By: _/s/ George O. Tamblyn_
　　　　　　　　　　　　　　　　　　George O. Tamblyn WSBA #15429
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　gtamblyn@mercerlg.com

DEMAND FOR JURY TRIAL
Page 1

**CERTIFICATE OF SERVICE**

I, JOHANNA SAPPENFIELD, certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served: Demand for Jury Trial

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS | |
|---|---|---|
| Kenneth J. Diamond<br>1200 Fifth Ave Suite 1700<br>Seattle, WA 98101<br>ken@winterbauerdiamond.com | ☐<br>☒<br>☐<br>☐<br>☐ | Hand Delivery<br>E-Service<br>Facsimile<br>E-mail<br>U.S. Mail |

DATED this 18th day of July, 2018.

MERCER ISLAND LAW GROUP, PLLC

/s/ *Johanna Sappenfield*
Johanna Sappenfield

MERCER ISLAND LAW GROUP, PLLC
2448 76TH AVE SE, SUITE 100
MERCER ISLAND, WA  98040
206-236-2769