1

THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11 JOHN BIANCHI,

     Plaintiff,

12

13   v.

14 B & G MACHINE, INC., DBA H-E PARTS
INTERNATIONAL: ENGINE SOLUTIONS,

15     Defendant.

16

No. 2:18-cv-01049 RSL

**NOTICE OF ASSOCIATION OF COUNSEL**

*Clerk's Action Required*

17   PLEASE TAKE NOTICE that without waiving any defenses, including but not limited

18 to insufficiency of service and lack of jurisdiction, Blake Marks Dias, Lawrence Cock and

19 Kristina Markosova of Corr Cronin LLP hereby appear and associate with George O. Tamblyn

20 of Mercer Island Law Group, as attorneys for record for Plaintiff John Bianchi herein.

21   You are hereby directed to serve all future pleadings or papers, except original process,

22 upon said attorneys at their address below.

23 / / /

24 / / /

25

NOTICE OF ASSOCIATION – 1
No. 2:18-cv-01049 RSL

1

2

DATED this 13th day of August, 2018.

3

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169

4

CORR CRONIN LLP

5

1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051

6

Telephone: 206-625-8600
bmarksdias@corrcronin.com

7

*s/ Lawrence R. Cock*

8

Lawrence R. Cock, WSBA No. 20326
CORR CRONIN LLP

9

1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051

10

Telephone: 206-625-8600
lcock@corrcronin.com

11

*s/ Kristina Markosova*

12

Kristina Markosova, WSBA No. 47924
CORR CRONIN LLP

13

1001 Fourth Avenue, Suite 3900

14

Seattle, WA  98154-1051
Telephone: 206-625-8600

15

kmarkosova@corrcronin.com

16

17

*s/ George O. Tamblyn*
George O. Tamblyn WSBA #15429

18

MERCER ISLAND LAW GROUP, PLLC
2448 76th Avenue Southeast, Suite 100

19

Mercer Island, Washington 98040
Direct: 206-236-2769

20

Facsimile: 206-236-1893
gtamblyn@mercerlg.com

21

22

*Attorneys for Plaintiff*

23

24

25

NOTICE OF ASSOCIATION – 2
No. 2:18-cv-01049 RSL

1

**DECLARATION OF SERVICE**

2

The undersigned declares as follows:

3

1.       I am employed at Corr Cronin LLP, attorneys of record for Plaintiff John Bianchi

4

herein.

5

2.       On August 13, 2018, I electronically filed the foregoing with the Clerk of the

6

Court using the CM/ECF system which will send notification of such filing to the following:

7

Kenneth J. Diamond

8

Winterbauer & Diamond PLLC
1200 Fifth Avenue Suite 1700

9

Seattle, Washington 98101
Phone: (206) 676-8440

10

Email: mail@winterbauerdiamond.com

11

I declare under penalty of perjury under the laws of the United States of America that the

12

foregoing is true and correct.

13

DATED this 13th day of August, 2018 at Seattle, Washington.

14

15

_s/ Christy A. Nelson_
Christy A. Nelson

16

17

18

19

20

21

22

23

24

25

NOTICE OF ASSOCIATION – 3
No. 2:18-cv-01049 RSL

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

00001 ih135308xz