# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN BIANCHI, | * | |
| | * | |
| Plaintiff, | * | C.A. No. 18-1492-CFC |
| | * | |
| v. | * | |
| | * | |
| B & G MACHINE, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

## DANIEL C. HERR, ESQ.'S ENTRY OF APPEARANCE
## ON BEHALF OF PLAINTIFF JOHN BIANCHI

Please enter the appearance of Daniel C. Herr, Esq. on behalf of Plaintiff John Bianchi in the above-captioned matter.

        Respectfully,

        **LAW OFFICE OF**
        **DANIEL C. HERR LLC**

Date: October 25, 2018        */s/ Daniel C. Herr*
        Daniel C. Herr, Esquire, Bar No. 5497
        1225 North King Street; Suite 1000
        Wilmington, DE 19801
        dherr@dherrlaw.com
        (302) 483-7060 (tel) | (302) 483-7065 (fax)
        *Attorney for Plaintiff*