IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN BIANCHI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-1492-CFC-SRF |
| | ) |
| B & G MACHINE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 10th day of December, 2019, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on November 21, 2019, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 61) is adopted.

2. Defendant's motion for judgment on the pleadings (D.I. 44) is denied.

United States District Judge